**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:11CR83-MOC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **OMAR DUPRAZ CRITTINGTON,** | ) | |
| | ) | |

 

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion To Dismiss Rule 12(b), Rule 12(b)(2), Rule 12(b)(2)(A)&(B)" (Document No. 23) filed on November 3, 2011. In the motion, Mr. Crittington in essence asks the Court to dismiss the criminal indictment.

The record reflects that Mr. Crittington is represented by appointed counsel, Rahwa Gebre-Egziabher. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Crittington has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion To Dismiss Rule 12(b), Rule 12(b)(2), Rule 12(b)(2)(A)&(B)" (Document No. 23) is **DENIED,** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Ms. Gebre-Egziabher.

Signed: November 7, 2011

David C. Keesler
United States Magistrate Judge