UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00083-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **OMAR DUPRAZ CRITTINGTON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Remand from the Court of Appeals for the Fourth Circuit and its Mandate (#121). In accordance with the instructions contained therein, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the period of Supervised Release provided in the Amended Judgment (#116) is **REDUCED** from 12 months to 5 months. The Clerk of Court shall submit to Chambers a proposed Second Amended Judgment reflecting such amendment.

Signed: February 2, 2018

Max O. Cogburn Jr
United States District Judge

1