

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 8/22/2018

**To:** The Honorable Max O. Cogburn, Jr.
United States District Judge

**From:** Mike Bonelli
Supervising United States Probation Officer

**Subject:** **Crittington, Omar Dupraz**
Dkt. No. 3:11CR00083-001
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 01/23/2013, the defendant was sentenced pursuant to a conviction for Possession of Firearm by Felon. He was ordered to serve 51 months imprisonment, followed by 3 years of supervised release. His term of supervised release commenced on 01/06/2015. The following property was seized from the defendant during his supervision term: 1) DNA swab, 2) Ammunition (Frontier .357), 3) Ammunition (GFC .357), and 4) Firearm (Silver Taurus .357 Pistol, S/N 0E72365). These items were seized from the defendant's residence on 01/27/2015. His term of supervised release was revoked on 03/23/2015, and he was ordered to serve 24 months imprisonment followed by 1 year of supervised release. The Probation Office neglected to make a request for destruction of the seized property at the time of revocation. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Since the time of the seizure, the U.S. Probation Office has attempted to return the firearm to a non-felon family member, specifically Andra Hammonds, who initially stated he bought the gun four years prior to it being seized from an unknown person on Craighead Street in Charlotte, NC. As of this writing, I have not received a response from Mr. Hammonds.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 980-229-8369, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested            Date: August 22, 2018
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant          Signed: August 22, 2018

Max O. Cogburn Jr
United States District Judge